IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOSHUA D. MCGRIFF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 26-0010 (MN) |
| | ) | |
| CORPORAL ROBERT HORSEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

At Wilmington, this 8th day of October 2026;

WHEREAS, on September 3, 2026, Magistrate Judge Fallon issued a Report and Recommendation ("the Report") (D.I. 13) in this action recommending that the Court dismiss Plaintiff's claims against the Delaware Department of Corrections and the James T. Vaughn Correctional Center as well as the official capacity claims against Emig, May, Taylor, Horsey, Sampson, Thongvong, and Howard with prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(b)(iii) and 1915A(b)(2) and dismiss the remainder of the claims without prejudice pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) and that Plaintiff be given leave to file an Amended Complaint to cure the deficiencies outlined in the Report;

WHEREAS, on October 7, 2026, Plaintiff filed an Amended Complaint (D.I. 14); and

WHEREAS, Plaintiff did not file objections to the Report pursuant to Rule 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that:

1. The Report and Recommendation (D.I. 13) is ADOPTED.

2. Plaintiff's claims against the Delaware Department of Corrections and the James T. Vaughn Correctional Center as well as the official capacity claims against Emig, May, Taylor, Horsey, Sampson, Thongvong, and Howard are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(b)(iii) and 1915A(b)(2).

3. Plaintiff's remaining claims are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(b)(ii) and 1915A(b)(1) and Plaintiff is given leave to file an Amended Complaint to cure the deficiencies outlined in the Report.

4. Plaintiff filed an Amended Complaint on October 7, 2026 (D.I. 14) and that is now the operative complaint in this action.

Maryellen Noreika
The Honorable Maryellen Noreika
United States District Judge